# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. Francis<br><br>v.<br><br>Robert Luna, et al.<br><br>Plaintiff(s) / Defendant(s) | CASE NUMBER<br>2:24-cv-03740-MRA-SSC<br><br>**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

☒ The Court hereby orders that the request of:

Robert Luna and Isidro Villasenor      ☐ Plaintiff ☒ Defendant ☐ Other
*Name of Party*

☒ to substitute    Andrew Baum, Esq.    who is

☒ Retained Counsel ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

Glaser Weil Fink Howard Jordan & Shapiro LLP, 10250 Constellation Blvd., 19th Floor
*Street Address*

Los Angeles, CA 90067                       abaum@glaserweil.com
*City, State, Zip*                              *E-Mail Address*

(310) 282-6298         (310) 556-2920         190397
*Telephone Number*     *Fax Number*           *State Bar Number*

As attorney of record instead of   Paul B. Beach, Esq. and Shawyane Emadi, Esq.
*List **all** attorneys from same firm or agency who are withdrawing.*

**Is hereby ☒ GRANTED ☐ DENIED**

☒ The Court hereby orders that the request of:   Paul B. Beach, Esq. and Shawyane Emadi, Esq.
*List **all** attorneys from same firm or agency who are withdrawing.*

to withdraw as attorney of record for   Defendants Robert Luna and Isidro Villasenor

**Is hereby ☒ GRANTED ☐ DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated: **November 27, 2024**                    *enforce*  R. Al___
                                                 U.S. District Judge/U.S. Magistrate Judge