# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.  2:24-cv-03740-AH-(SSCx) | Date  March 20, 2025 |
| Title  C. Francis v. Robert Luna et al. | |

Present: The Honorable    Anne Hwang, United States District Judge

| Yolanda Skipper | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):    Attorney(s) Present for Defendant(s):

None Present                                                    None Present

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL OF UNSERVED DEFENDANTS FOR LACK OF PROSECUTION AND ORDER VACATING DATES

The Complaint in this case was filed on May 6, 2024 and the operative Third Amended Complaint was filed on January 29, 2025. *See* Compl., Dkt. No. 1; TAC, Dkt. No. 67. It appears that several Defendants have never been served in this case. Plaintiff is ordered to show cause, in writing, no later than fourteen (14) days, why this action should not be dismissed for lack of prosecution against all Defendants other than Villasenor and Luna.[1] The Court will consider the filing of the following on or before the above date as an appropriate response to this Order to Show Cause:

- Proof of Service of Summons and Complaint
- Response to the TAC by Defendant

---

[1] Although a proof of service shows that only Villasenor has been served, motions to dismiss have been filed on behalf of Villasenor and Luna. *See* Dkt. No. 72.

      No oral argument on this matter will be heard unless otherwise ordered by the Court. Fed. R. Civ. P. 78(b); L.R. 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the dismissal of the remaining Defendants.

      In light of upcoming deadlines in the scheduling order, the Court vacates all dates in order to hear the pending Motion to Dismiss scheduled for March 31, 2025 at 1:30 p.m. To the extent further dates need to be set, the Court will set a new scheduling conference.

**IT IS SO ORDERED.**