# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. FRANCIS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ROBERT LUNA, DEPUTY ISIDRO VILLASENOR, T. WALKER, RANJIT GHUMAN, ALEXIS VIERA, MIGUEL BARRIOS, RICARDO RENTERIA, SAMUEL MARTINEZ, DAWN MAHER, and 3 UNKNOWN NAMED DEFENDANTS,<br><br>　　　　　Defendants. | Case No. 2:24-cv-03740-AH-(SSCx)<br><br>**FINAL JUDGMENT  [JS-6]** |

The Court, having considered the papers and all other matters presented and accepted by the Court, GRANTED Defendants Alexis Viera, Ricardo Renteria, and Samuel Martinez's ("Defendants") Motion for Summary Judgment based on its finding that there were no genuine disputes of material fact as to the causes of action alleged by Plaintiff C. Francis ("Plaintiff") against Defendants, as outlined in the Court's Order.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Defendant's Motion for Summary Judgment is GRANTED.

2.  Plaintiff shall take nothing on their Complaint against Defendants.

3.  Judgment is hereby entered in favor of Defendants and against Plaintiff.

This is a final judgment.

Dated:  June 8, 2026

_____

HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE